**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
MICHAEL A. SMITH SR.,

                Plaintiff,                23 **CIVIL** 6184 (KMK)

    -against-                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 2, 2024, the Report and Recommendation, dated June 17, 2024, is ADOPTED in its entirety. The Commissioner's decision is affirmed, and this case is DISMISSED; accordingly, the case is closed.

**Dated:**  New York, New York
          July 3, 2024

                                      **DANIEL ORTIZ**
                                      **Acting Clerk of Court**

                  **BY:**    *K. Mango*

                                      **Deputy Clerk**